IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
STATESVILLE DIVISION
CRIMINAL ACTION NO. 5:21-CR-00071-KDB-DCK

| | |
|---|---|
| UNITED STATES OF AMERICA, | )<br>)<br>) |
| v. | ) **ORDER** |
| GARY RAMEY, | )<br>) |
| Defendant. | )<br>)<br>) |

**THIS MATTER IS BEFORE THE COURT** on the Government's Motion to Stay, to which Defendant consents. For the reasons stated by counsel in support of the motion, the Court finds that sufficient cause exists to stay the proceedings in this matter until October 31, 2022. The Court further finds that the ends of justice served by the stay outweigh the interest of the public and Defendant to a speedy trial. Accordingly, the Court will **GRANT** the Government's Motion to Stay.

**SO ORDERED.**

Signed: May 9, 2022

Kenneth D. Bell
United States District Judge