# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# STATESVILLE DIVISION
# CRIMINAL ACTION NO. 5:21-CR-00071-KDB-DCK

| UNITED STATES OF AMERICA, | ) |
|---|---|
| Plaintiff, | ) |
| v. | ) **ORDER** |
| GARY RAMEY, | ) |
| Defendant. | ) |

**THIS MATTER IS BEFORE THE COURT** on the Government's Motion to Dismiss, (Doc. No. 27), the Indictment, (Doc. No. 1), without prejudice. Accordingly, the Court **GRANTS** the Government's Motion.

**IT IS THEREFORE ORDERED** that the Indictment (Doc. No. 1) be **DISMISSED** without prejudice.

Signed: November 14, 2022

Kenneth D. Bell
United States District Judge